UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 21-09807 |
| Jennifer L. Simon | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| Debtor(s) | ) | Joliet |

### ORDER ALLOWING CHAPTER 13 COMPENSATION UNDER COURT-APPROVED RETENTION AGREEMENT
(Use for cases filed on or after April 20, 2015)

On the application of debtor(s)' counsel for compensation for representing the debtor(s) in this case and pursuant to the Court-Approved Retention Agreement executed by debtor(s) and counsel, the court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. § 330(a), as follows:

| | | |
|---|---|---|
| $ | 2,072.00 | for legal services through conclusion of the case. |
| $ | | for reimbursable expenses. |
| $ | 2,072.00 | **total fees and reimbursement allowed.** |
| -$ | 72.00 | less payment received from debtor before date of application. |
| $ | 2,000.00 | **balance allowed and due to the attorney under this order.** |

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: December 03, 2021

**Fees Payable to:**

Lee Ratliff & Associates LLC
PO Box 677
Flossmoor IL 60422