UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                     )        BK No.:   21-09807
                                           )
JENNIFER SIMON                             )        Chapter:  13
                                           )        Honorable LaShonda Hunt
                                           )
                                           )
            Debtor(s)                      )

## ORDER MODIFYING PLAN

This matter coming before the Court on the Debtor's Motion, the Court having jurisdiction, with due notice having been given to all parties in interest,

IT IS ORDERED:

1. The plan payment default is deferred to the end of the Chapter 13 plan.

2. The Debtor's monthly payment shall increase from $420.00 per month to $440.00 per month.

Enter:

_LaShonda A. Hunt_

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  May 13, 2022

**Prepared by:**

Dustin Allen (No. 6312451)
Attorney at Law
Law Offices of David Freydin Ltd
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
630-516-9990
866-897-7577 (fax)